## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELAINE L. CHAO,                         :

        v.                                  :        CIVIL NO.  06-1475

LOCAL 308, NATIONAL POSTAL      :
MAIL HANDLERS, WATCHMEN,
MESSENGERS AND GROUP            :
LEADERS, LABORERS,
INTERNATIONAL UNION OF          :
NORTH AMERICA.

## <u>MOTION FOR ENTRY OF DECLARATION OF ELECTION RESULTS<br>AND FOR FINAL JUDGMENT</u>

By and through her undersigned attorneys, plaintiff Elaine L. Chao, Secretary of Labor

(the "Secretary") requests that the Court enter the proposed Order Declaring Election Results and

for Final Judgment, attached at Exhibit A.

On April 7, 2006, the Secretary filed a Complaint in this matter alleging that the

defendant Local 308, National Postal Mail Handlers, Watchmen, Messengers, and Group

Leaders, Laborers' International Union of North America ("Local 308") conducted certain union

elections in violation of Title IV of the Labor-Management Reporting and Disclosure Act of

1959, 29 U.S.C. §§ 481-84 (the "Act").  The Secretary alleged that Local 308's February 19,

2005, election for the offices of Recording Secretary, New Jersey State Executive Board

Member, and Delaware State Executive Board member was not in compliance with the Act.

The Complaint requested that the Court enter an Order declaring the election void and

directing that Local 308 conduct a new election under the supervision of the Secretary.  Such an

Order is authorized by the Act itself at 29 U.S.C. § 482(c).

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Entry of Consent Order and Settlement has been served by first class United States mail, postage prepaid, upon the following:

Stanley M. Poplow
Suite 107 Powell Hall
1100 West Godfrey Avenue
Philadelphia, PA 19141

MB1003

MICHAEL S. BLUME
Assistant United States Attorney

DATED: 1/30/08

The parties agreed to settle the matter.  The parties agreed that the February 19, 2005, election for the offices at issue is now void.  The parties further agreed that Local 308 would conduct new elections for the offices at issue – within time frames set out in the agreement – under the supervision of the Secretary.  And, the parties consented to the entry of their agreement as an Order of the Court.

The agreement of the parties was entered as a Consent Order and Settlement on October 6, 2006.  Pursuant to the Consent Order and Settlement, Local 308 conducted new elections for the offices at issue.  The Secretary supervised those elections.  The Department of Labor has now certified the results of the election.  That certification is attached at Exhibit B.

Pursuant to 29 U.S.C. § 482(c)(2), upon the Secretary's certification to the Court of the names of the persons elected, the Court shall enter an Order declaring such persons to be officers of Local 308.  The matter can then be dismissed.

The Secretary therefore requests that the Court enter the attached Order Declaring Election Results and for Final Judgment.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney


VIRGINIA A. GIBSON
Assistant United States Attorney
Chief, Civil Division


MICHAEL S. BLUME
Assistant United States Attorney